# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE  MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover                           Date: October 4, 2013
Court Reporter:     Terri Lindblom

Civil Action No. 13-cv-02723-REB

*Parties*:                                                    *Counsel Appearing:*

COLORADO MESA UNIVERSITY,                                     Michael Feeley

       Plaintiff,

v.

UNITED STATES DEPARTMENT OF INTERIOR,                         Amy Padden
                                                              Zeyen Wu
       Defendant.

## COURTROOM MINUTES

HEARING:   Preliminary Injunction

**3:31 p.m.     Court in session.**

The Court addresses Motion for Preliminary Injunction and Temporary Restraining Order **(Doc. #2)**

Argument.

The parties stipulate to the admission of the shutdown guidance and permit

**EXHIBITS:   Received:     1, 2, 3**

**3:54 p.m.     Court in recess**
**4:08 p.m.     Court in session**

Further argument.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

Pursuant to the Court's ruling, the case is reassigned to Chief Judge Marcia S. Krieger.  For determination purposes under Rule 65 the motion and the Complaint are joined.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** Motion for Preliminary Injunction and Temporary Restraining Order **(Doc. #2)** is **DENIED.** Judgment is entered in favor of the United States Department of Interior.

This matter is concluded.

**4:25 p.m.      Court in recess.**

**Total Time:   40 minutes.**
**Hearing concluded.**